# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORIO ORELLANA-SAMORA,<br><br>Defendant. | Case No.:  19CR0107-AJB<br><br>ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
|---|---|

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Indictment against Defendant Gregorio Orellana-Samora be dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 22, 2021

Hon. Anthony J. Battaglia
United States District Judge